UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TERRY WOOLDRIDGE,

    Plaintiff,

v.                                                      Case No.  6:14-cv-55-Orl-40TBS

CITY OF MELBOURNE,

    Defendant.

_____/

ORDER

Pending before the Court is Defendant's Unopposed Motion to Modify Scheduling Order and Extend Deadline to File Motions for Summary Judgment Until March 31, 2015 (Doc. 27).  The Case Management and Scheduling Order that controls this case states:

> Motions to extend the dispositive motions deadline or to continue the trial are generally denied.  See Local Rule 3.05(c)(2)(E).  The Court will grant an exception only when necessary to prevent manifest injustice....The Court cannot extend a dispositive motion deadline to the eve of trial.  In light of the district court's heavy felony trial calendar, at least 5 months are required before trial to receive memoranda in opposition to a motion for summary judgment, and to research and to resolve the dispositive motion sufficiently in advance of trial.

(Doc. 16 at 5).

The grounds of Defendant's motion do not rise to the level of the prevention of manifest injustice, and if the motion was granted, the Court would have less than five months to decide any dispositive motions that are filed.  For these reasons, Defendant's motion is DENIED.

DONE AND ORDERED in Orlando, Florida, on March 6, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies to: all Counsel